**Edward Johnson**, OSB #965737
ejohnson@oregonlawcenter.org
**OREGON LAW CENTER**
621 SW Morrison St., Suite 1450
Portland, OR 97205
Phone (503) 473-8310

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EMANUEL DISPLACED PERSONS ASSOCIATION 2; GLORIA CAMPBELL-CASH, ISAAC CAMPBELL, IZEAL CAMPBELL, MARILYN K. HASAN, ROSIE TAYLOR, ELIZABETH FOUTHER-BRANCH, BOBBY FOUTHER, KAREN SMITH, ALICIA BYRD, BRIAN MORRIS, JOANNE BOWLES-SPIRES, CLAUDE BOWLES, MARY BOWLES SHOALS, ROYAL HARRIS, RAHSAAN MUHAMMAD, MIKE HEPBURN, BEVERLY HUNTER, JUANITA BIGGS, CONNIE MACK, TRAVANTE FRANKLIN, DONNA MARSHALL, BARBARA DUMAS, LAKEESHA DUMAS, JAMES SMITH SR., CLIFFORD TYRONE DUMAS, and VALDA MCCAULEY,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND, PROSPER PORTLAND fka the PORTLAND DEVELOPMENT COMMISSION, and LEGACY EMANUEL HOSPITAL & HEALTH CENTER,<br><br>          Defendants. | Case No. 3:22-cv-01896-SI<br><br>NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL OF DEFENDANT EMANUEL HOSPITAL & HEALTH CENTER |

PAGE  1-    NOTICE OF DISMISSAL OF DEFENDANT LEGACY
              EMANUEL HOSPITAL & HEALTH CENTER

Pursuant to LR 41-1, Plaintiffs notify the court that they have reached a settlement with Defendant Legacy Emanuel Hospital & Health Center and move this Court for an order dismissing all claims against Defendant Legacy Emanuel Hospital & Health Center with prejudice and without an award of costs or fees.

DATED this 22nd day of January, 2025.

                                          OREGON LAW CENTER
                                          LEGAL AID SERVICES OF OREGON
                                          ALBIES, STARK & GUERRIERO

                                          /s Edward Johnson
                                          EDWARD JOHNSON, OSB# 965737

                                          Of Attorneys for Plaintiff